IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:<br><br>**BARNEY WARREN**<br>**MISSELTHEAN WARREN**<br>*aka* **MIDGE WARREN**<br><br>        **DEBTOR(S).** | CHAPTER: 7<br><br>CASE NO.: 4:17-bk-16242 |

## MOTION TO LIFT AUTOMATIC STAY

**COMES NOW, Bank of America, N.A.** (hereinafter referred to as "Movant"), a secured creditor in the above-entitled and numbered case, by and through its attorneys, to file the Motion to Lift Automatic Stay ("Motion"). In support thereof, Movant would respectively represent to the Court as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on November 17, 2017.

2. Movant is the holder of a Retail Installment Sale Contract – Simple Finance Charge (the "Agreement"), signed by Barney Warren. Movant is secured under the Agreement by a properly perfected security interest in a 2016 Dodge Ram 1500; VIN: 3C6RR7LT7GG180005 (the "Collateral"). A true and correct copy of the Agreement, as well as the documents evidencing the security interest of Movant in the Collateral, are attached hereto as Exhibit "A".

3. Movant holds a security interest in the following vehicle:

    **2016 Dodge Ram 1500; VIN: 3C6RR7LT7GG180005**

4. By virtue of the Agreement, Movant is the holder of a secured claim against the Debtor.

5. The account is due for the December 29, 2017 payment and all subsequent payments, representing a total delinquency of **$1,345.78**, as of February 21, 2018. The unpaid balance on this loan is **$33,613.96** as of February 21, 2018.

6. Movant alleges that the automatic stay should be lifted for cause in that it lacks adequate protection of its interest in the Collateral as evidenced by the following:

    a. Debtor(s) are unable to demonstrate that the Collateral is adequately insured post-petition.

7. According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the value of the Collateral was approximately **$42,155.00**, as of February 21, 2018. The NADA value is attached as Exhibit "B".

8. For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing Order to be effective upon this Honorable Court's signature.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that, upon hearing of this Motion, said automatic stay be terminated as to the claim of Movant, its successors and/or assigns, to permit Movant, its successors and/or assigns, to seek its statutory and other available remedies; that Movant, its successors and/or assigns, be permitted to obtain possession of the Collateral to the exclusion of Debtor(s); alternatively, Movant, its successors and/or assigns, be afforded adequate protection by including, but not limited to, having all payments presently due in this proceeding to Movant being brought current; and that Movant be granted such other and further relief, at law and in equity, as is just.

        /s/    *James McPherson*
Albertelli Law
James McPherson, Bar Number: 2011038
1 Information Way, Suite 201
Little Rock, Arkansas 72202
T: (501) 406-0855
bkar@alaw.net
jmcpherson@alaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above and foregoing document has been served upon the following parties of interest either via pre-paid regular U.S. Mail or via electrometric notification on or before March 5, 2018.

Barney Warren
16 Papa & Nanny Lane
Adona, AR 72001

Misselthean Warren
16 Papa & Nanny Lane
Adona, AR 72001

James O. Wyre, II
Bankruptcy Professional Center
690 S. Salem, Ste. 301
Conway, AR 72034

*Trustee*
M. Randy Rice
Chapter 7 Panel Trustee
523 S. Louisiana, Ste. 300
Little Rock, AR 72201-5771

*U.S. Trustee*
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

/s/    *James McPherson*
Albertelli Law
James McPherson, Bar Number: 2011038
1 Information Way, Suite 201
Little Rock, Arkansas 72202
T: (501) 406-0855
bkar@alaw.net
jmcpherson@alaw.net