Form onoppobj

# UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

| | |
|---|---|
| In Re: Barney Warren and Misselthean Warren<br>Debtor | Case No.: 4:17−bk−16242<br>Chapter: 7<br>Judge: Richard D. Taylor |
| Bank of America, N.A. | MOVANT |
| vs. | |
| Barney Warren and Misselthean Warren<br>and M. Randy Rice, Trustee | RESPONDENTS |

### ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on 3/5/2018.

*32* − Motion for Relief from Stay . Fee Amount $181 Filed by James Michael McPherson on behalf of Bank of America, N.A. (Attachments: # 1 exhibit a # 2 exhibit b) (McPherson, James)

YOU ARE FURTHER NOTIFIED THAT you have twenty−one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

3/29/18 at 09:00 AM at:

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**

Dated: 3/6/18

UNITED STATES BANKRUPTCY JUDGE