**Fill in this information to identify the case:**

Debtor 1 _Tasha Terry_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _4:17 BK-16853_

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

MAR 3 0 2018

JEAN ROLFS, CLERK BY_____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

St. Vincent Medical Group
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Arkansas Physician Management, Inc.
Name

5125 Northshore Dr.
Number    Street

North Little Rock,    AR    72118
City              State       ZIP Code

Contact phone (501) 320-4835

Contact email tyoung@apmi.us.com

Where should payments to the creditor be sent? (if different)

St. Vincent Medical Group
Name

P. O. Box 23410
Number    Street

Little Rock,    AR    72221
City         State    ZIP Code

Contact phone (501) 224-1690

Contact email tyoung@apmi.us.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                                    Proof of Claim                                  page 1
        EOD: March 30, 2018

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __9824__

7. **How much is the claim?** $ __299.05__. Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____
   **Amount of the claim that is secured:** $ _____
   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     page 2

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/26/2018
                  MM / DD / YYYY

*(Signature)*

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Tammie | L. | Young |
| | First name | Middle name | Last name |
| Title | Collection Specialist | | |
| Company | Arkansas Physician Management, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5125 Northshore Dr. | | |
| | Number   Street | | |
| | North Little Rock, | AR | 72118 |
| | City | State | ZIP Code |
| Contact phone | (501) 320-4835 | Email | tyoung@apmi.us.com |

Official Form 410     Proof of Claim     page 3

```
ACCOUNT: ●1561        TEL: (501)708-5118  MOBILE:              CDUR 2:    0
TASHA TERRY
PO BOX 192251                                     STMT GP:      TYP:
                                                  DUN CL: 1    RU 2937
LITTLE ROCK AR 72219-2251                      PYMT PLAN..:
CLINIC ID#           ACCT.LAST NM D/F      ACCOUNT MISC 3..
COMMENT.........

      PERSONAL      INSURANCE    COLLECTION    WORK COMP  ACCOUNT TOTAL
        0.00          0.00         299.05        0.00        299.05

LAST STMT: 08/10/17 STMT DELAY:        STMT COUNTER: 0 LAST CHARGE: 03/16/17
LAST PERS PAY: 03/31/17  CUR PERS PAY:      0.00  YTD PERS PAY        0.00
CREDIT DATE:           CREDIT MESSAGE:
PENDING LETTERS:                                    BAD DEBT
LAST LETTERS...:                                    WR-OFF:           0.00
DATES..........:

        CHG# CTRL# PAT  DOC TRNCODE/NO   DESCRIPTION  INS     AMOUNT   DATE
                   PHS  DX               SET# NAME    HISTORY#

      8710982 7907 TASHA 298 80061       LIPID PANEL BLU1/IB   36.00  05/05/16
                    30    4019   I10     1 MEDICAL          3
       *PMT*   702          BCER         BLUECROSS EL          0.00  06/15/16
                       CHECK#: 9699620
                       ADA#: 061516
       *MSC*                  PR1        PATIENT RESPONSIBILITY/DEDUCTIBLE
       *ADJ*  702             BCEA       BXBS ELECTRO         10.03- 06/15/16
       *TFER*                             BLU1/IB TO   /PS    25.97
       *ADJ*  9994            212         AGENCY - BAD        25.97- 10/26/16
       *PMT*  9871            BDRC        BAD DEBT PAI        12.52- 03/31/17
       *ADJ*  9871            BDCA        BAD DEBT PAI        12.52  03/31/17
       *ADJ*  9172            BDRA        BAD DEBT REC        13.45  01/30/18
       *TFER*                              /PS TO     /CS     13.45
       8710982 *TOTAL*                     DUE FROM    /CS    13.45  AGE=  57

      8710984 7907 TASHA 298 61002       URINALYSIS M BLU1/IB   7.00  05/05/16
                    30    4019   I10     1 MEDICAL          3
       *PMT*   702          BCER         BLUECROSS EL          0.00  06/15/16
                       CHECK#: 9699620
                       ADA#: 061516
       *MSC*                  PR1        PATIENT RESPONSIBILITY/DEDUCTIBLE
       *ADJ*  702             BCEA       BXBS ELECTRO          1.78- 06/15/16
       *TFER*                             BLU1/IB TO   /PS     5.22
       *ADJ*  9994            212         AGENCY - BAD         5.22- 10/26/16
       *ADJ*  9172            BDRA        BAD DEBT REC         5.22  01/30/18
       *TFER*                              /PS TO     /CS      5.22
       8710984 *TOTAL*                     DUE FROM    /CS     5.22  AGE=  57

      8710986 7907 TASHA 298 82043       MICROALBUMIN BLU1/IB  16.00  05/05/16
                    30    4019   I10     1 MEDICAL          3
       *PMT*   702          BCER         BLUECROSS EL          0.00  06/15/16
                       CHECK#: 9699620
                       ADA#: 061516
       *MSC*                  PR1        PATIENT RESPONSIBILITY/DEDUCTIBLE
       *ADJ*  702             BCEA       BXBS ELECTRO          4.19- 06/15/16
       *TFER*                             BLU1/IB TO   /PS    11.81
       *ADJ*  9994            212         AGENCY - BAD        11.81- 10/26/16
       *ADJ*  9172            BDRA        BAD DEBT REC        11.81  01/30/18
       *TFER*                              /PS TO     /CS    11.81
       8710986 *TOTAL*                     DUE FROM    /CS   11.81  AGE=  57

      9003448 7901 TASHA 295 99213 /25   OFFICE/OUTPA UHI /IH  130.00 10/26/16
                    30    4019   I10     1 MEDICAL          5*
       *PMT*   901          1052         UNITED HLTCA         19.39- 11/30/16
                       CHECK#: 10675543966
                       ADA#: 113016
       *MSC*                  PR3        COPAY AMOUNT
       *ADJ*  901             2512       UNITED HEALT         40.61- 11/30/16
       *TFER*                             UHI /IH TO   /PS    70.00
       *PMT*  7903            5          VISA/MASTER          37.40- 12/28/16
       *ADJ* 10130            7005       TRANSFER PER         13.20- 02/28/17
                       CHECK#: apply
                       ADA#:
       *PMT*  9811            1011       UNITED HEALT          0.00  03/02/16
                       CHECK#: 10678184351
                       ADA#:
       *MSC*                  CO129      PAYMENT DENIED.PRIOR PROCESSING INFO INCOR
       *ADJ*  9994            212        AGENCY - BAD         19.40- 04/12/17
       *ADJ*  9172            BDRA       BAD DEBT REC         19.40  01/30/18
```

```
*TFER*                                /PS TO      /CS     19.40
9003448 *TOTAL*                       DUE FROM    /CS     19.40   AGE= 57

9020279  7906 TASHA  295 99213        OFFICE/OUTPA UNI /IN  130.00  11/02/16
              30     2809    D509       1 MEDICAL           5x
*PMT*    901         1052             UNITED HLTCA          19.39- 11/30/16
                     CHECK#: 10675543966
                     ADA#: 113016
*MSC*                PR3              COPAY AMOUNT
*ADJ*    901         2512             UNITED HEALT          40.61- 11/30/16
*TFER*                                UNI /IN TO  /PS       70.00
*ADJ*    9994        212              AGENCY - BAD          70.00- 04/12/17
*ADJ*    9172        BDRA             BAD DEBT REC          70.00  01/30/18
*TFER*                                /PS TO      /CS       70.00
9020279  *TOTAL*                      DUE FROM    /CS       70.00  AGE= 57

9125899  7903 TASHA  298 99213  /25   OFFICE/OUTPA UNI /IN  130.00  12/28/16
              30     9462    T200       1 MEDICAL           5x
*PMT*    901         1052             UNITED HLTCA          19.39- 01/25/17
                     CHECK#: 10677167816
                     ADA#: 012517
*MSC*                PR3              COPAY AMOUNT
*ADJ*    901         2512             UNITED HEALT          40.61- 01/25/17
*TFER*                                UNI /IN TO  /PS       70.00
*ADJ*    9994        212              AGENCY - BAD          70.00- 05/24/17
*ADJ*    9172        BDRA             BAD DEBT REC          70.00  01/30/18
*TFER*                                /PS TO      /CS       70.00
9125899  *TOTAL*                      DUE FROM    /CS       70.00  AGE= 57

9125902  7903 TASHA  298 J1040        INJ/DEPO MED UNI /IN   14.00  12/28/16
              30     4779    J309       1 MEDICAL           5x
*PMT*    901         1052             UNITED HLTCA           0.00  01/11/17
                     CHECK#: 10676759868
                     ADA#: 011117
*MSC*                PR1              PATIENT RESPONSIBILITY/DEDUCTIBLE
*ADJ*    901         2512             UNITED HEALT           4.52- 01/11/17
*TFER*                                UNI /IN TO  /PS        9.48
*ADJ*    9994        212              AGENCY - BAD           9.48- 05/24/17
*ADJ*    9172        BDRA             BAD DEBT REC           9.48  01/30/18
*TFER*                                /PS TO      /CS        9.48
9125902  *TOTAL*                      DUE FROM    /CS        9.48  AGE= 57

9125905  7903 TASHA  298 96372        THER/PROPH/D UNI /IN   43.00  12/28/16
              30     4779    J309       1 MEDICAL           5x
*PMT*    901         1052             UNITED HLTCA           0.00  01/11/17
                     CHECK#: 10676759868
                     ADA#: 011117
*MSC*                PR1              PATIENT RESPONSIBILITY/DEDUCTIBLE
*ADJ*    901         2512             UNITED HEALT          13.31- 01/11/17
*TFER*                                UNI /IN TO  /PS       29.69
*ADJ*    9994        212              AGENCY - BAD          29.69- 05/24/17
*ADJ*    9172        BDRA             BAD DEBT REC          29.69  01/30/18
*TFER*                                /PS TO      /CS       29.69
9125905  *TOTAL*                      DUE FROM    /CS       29.69  AGE= 57

9321316  7903 TASHA  298 99213        OFFICE/OUTPA UNI /IN  130.00  03/16/17
              30     1123    B372       1 MEDICAL           5x
*PMT*    902         1052             UNITED HLTCA          19.39- 04/21/17
                     CHECK#: 10683896479
                     ADA#: 042117
*MSC*                PR3              COPAY AMOUNT
*ADJ*    902         2512             UNITED HEALT          40.61- 04/21/17
*TFER*                                UNI /IN TO  /PS       70.00
*ADJ*    9994        212              AGENCY - BAD          70.00- 08/30/17
*ADJ*    9172        BDRA             BAD DEBT REC          70.00  01/30/18
*TFER*                                /PS TO      /CS       70.00
9321316  *TOTAL*                      DUE FROM    /CS       70.00  AGE= 57
```